[No. 37451-0-II. Division Two. September 15, 2009.]

16TH STREET INVESTORS, LLC, ET AL., *Respondents*, v. JOSEPH W. MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-04175-9, Roger A. Bennett, J., entered February 15, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Penoyar, J. Now published at 153 Wn. App. 44.

[No. 37592-3-II. Division Two. September 15, 2009.]

WALDNER CONSULTING, INC., *Appellant*, v. MILLER CONTRACTING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-05330-7, Beverly G. Grant, J., entered March 14, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37678-4-II. Division Two. September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE RODRIGUIZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01444-8, Bryan E. Chushcoff, J., entered April 11, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37756-0-II. Division Two. September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH J. VALENTINE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00491-5, F. Mark McCauley, J., entered May 19, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Hunt, J.